# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00311-CV

### R. D., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-FM-15-004010, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

R.D. filed a motion for extension of time to file his brief, allowing the district court to hear and consider his pending motions to dismiss his counsel and for appointment of new appellate counsel.

The appeal is abated.[1] A supplemental clerk's record containing copies of all findings and orders from this hearing and a transcription of the court reporter's notes shall be filed with this Court no later than August 16, 2016.

It is order on July 27, 2016.

Before Chief Justice Rose, Justices Goodwin and Bourland

Abated and Remanded

Filed:   July 27, 2016

---

[1] We express no opinion on the merits of R.D.'s motions.